**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**BRUCE KEVIN GREEN, JR.,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-108-AW-MJF**

**RICKY DIXON, et al.,**

**Defendants.**

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The magistrate judge issued a report and recommendation concluding the court should dismiss based on Plaintiff's failure to accurately disclose his litigation history. ECF No. 12. Plaintiff has not filed any objection to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on August 19, 2026.

s/ *Allen Winsor*
Chief United States District Judge